**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Rome Division
Room 339, Federal Building
600 East First Street
Rome, GA 30161–3187
www.ganb.uscourts.gov

In
Re:   **Berling Gil Rivera**

Case No.: **19–42895–bem**
Chapter: **13**
Judge: **Barbara Ellis–Monro**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on 12/13/19 . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 12/20/19**
None Apply

**To be Filed by 12/27/19**
Chapter 13 Plan, complete with signatures (to be served by debtor's counsel, if applicable)

**To be filed by 01/12/20**
None Apply

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on December 17, 2019.

Barbara Ellis–Monro
United States Bankruptcy Judge

Form 430b December 2018

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                                    Case No. 19-42895-bem
Berling Gil Rivera                                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-6          User: malave          Page 1 of 1          Date Rcvd: Dec 17, 2019
                              Form ID: 430b         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db             Berling Gil Rivera,    107 Newtown Rd NE,    Apt 19,    Calhoun, GA   30701-5705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
          Dan   Saeger    on behalf of Debtor Berling Gil Rivera dan@whitfieldcountylaw.com
          Mary Ida Townson    courtdailysummary@atlch13tt.com
                                                                                                     TOTAL: 2